IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0115

_____

THE CITY OF MISSOULA,

      Plaintiff and Appellant,

   v.

MOUNTAIN WATER COMPANY, a Montana
Corporation; and CARLYLE INFRASTRUCTURE
PARTNERS, LP, a Delaware limited partnership,

      Defendants, Appellees,
      and Cross-Appellants,

   and

THE EMPLOYEES OF MOUNTAIN WATER
COMPANY, et al,

      Intervenors and Appellees.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason T. Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2021